NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

LAW OFFICES OF FRANKLIN S. ADLER
State Bar Number: 056417
424 S. Beverly Drive
Beverly Hills, CA 90212
(310) 553-8533

ATTORNEYS FOR: Plaintiff: EUGENE EVAN BAKER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EUGENE EVAN BAKER

Plaintiff(s),

v.

ERIC H. HOLDER, JR., in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, with offices at 950 Pennsylvania Avenue, N.W., Washington D.C. 20530-0001

Defendant(s)

CASE NUMBER:

CV10 3996 SVW AJWx

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for plaintiff: EUGENE EVAN BAKER (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**   EUGENE EVAN BAKER, Plaintiff **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Stands to recover Costs and Fees.

May 26, 2010
Date

Sign

FRANKLIN S. ADLER
Attorney of record for or party appearing in pro per