LAW OFFICES OF FRANKLIN S. ADLER
424 S. Beverly Drive
Beverly Hills, California 90212
Tel:  310/553 8533    Fax:  310/552 8237
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EUGENE EVAN BAKER

**Plaintiff(s)**

v.

ERIC H. HOLDER, JR., in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, with offices at 950 Pennsylvania Avenue, N.W., Washington, D.C., 20530-0001

**Defendant(s)**

CASE NUMBER: CV 10 3996 SVW (AJWx)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

FILED 2010 JUN 24 AM 9:59 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CA LOS ANGELES BY:___

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

    a. ☑ summons    ☑ complaint    ☐ alias summons    ☐ first amended complaint
    ☐ second amended complaint
    ☐ third amended complaint

    ☑ other *(specify)*:  Civil Cover Sheet; Notice to Counsel; Notice of Assignment to United States Magistrate Judge for Discovery; Certification and Notice of Interested Parties

2. **Person served:**    ERIC H. HOLDER, JR., in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, with
    a. ☑ Defendant *(name)*: offices at 950 Pennsylvania Avenue, N.W., Washington D.C., 20530-0001; by serving FLABIA DE LA ROSA,
    b. ☐ Other *(specify name and title or relationship to the party/business named)*:    authorized person to receive service of process

    c. ☑ Address where papers were served: 300 N. Los Angeles St., Rm. 7516
        Los Angeles, California 90012

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:
    a. ☐ Federal Rules of Civil Procedure
    b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:

    a. ☑    By **personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1. ☑    Papers were served on *(date)*:  May 27, 2010        at *(time)*:  3:34PM

    b. ☐    By **Substituted service**. By leaving copies:
        1. ☐    **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐    **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3. ☐    **Papers were served on** *(date)*:        at *(time)*:

        4. ☐    **by mailing** (by first-class mail, postageprepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2 (c.)

        5. ☐    **papers were mailed on** *(date)*:

        6. ☐    **due diligence.** Declaration attached.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                        PAGE 1

    c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

    d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a manging or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

    e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage paid)* copies to the person at the place where the copies were left in full compliance with C.C.P 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

    f. ☐ **Service on a foreign corporation.** In a manner prescribed for individuals by FRCP 4(f).

    g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postageprepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U. S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. attorneys Office.

    Name of person served:

    Title of person served:

    Date and time of service: *(date):*      at *(time):*

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

**GERARDO CASTANEDA**
**FIRST CLASS ATTORNEY SERVICE**
**1111 WEST SIXTH STREET, SUITE 301**
**LOS ANGELES, CALIFORNIA 90017**
**(213) 482-1007**

    a. Fee for service: **$105.00**
    b. ☐ Not a registered California process server
    c. ☐ Exempt from registration under B&P 22350(b)
    d. ☑ Registered California process server

8. ☐ I am a California sherrif, marshal, or constable and I certify that the forgoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **June 3, 2010**

    *(Signature)*