1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
IRA A. DAVES
4 Assistant United States Attorney
California Bar No. 156724
5     Room 7516, Federal Building
    300 North Los Angeles Street
6     Los Angeles, California  90012
    Telephone:  (213) 894-2443
7     Fax: (213) 894-7819
    E-Mail: Ira.Daves@usdoj.gov
8
Attorneys for Defendant Eric H. Holder, Jr., Attorney General of
9 the United States

10                 UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                     WESTERN DIVISION

13
| | | |
|---|---|---|
| EUGENE EVAN BAKER, | ) | NO. CV 10-3996-SVW(AJWx) |
| | ) | |
|     Plaintiff, | ) | STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3] |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR. ATTORNEY GENERAL, | ) | Complaint served on USAO:    5/27/10<br>Current response due: 7/26/10 |
|     Defendant. | ) | New response date: 8/25/10 |
| _____ | | Hon. Stephen V. Wilson<br>United States District Judge |

1  IT IS HEREBY STIPULATED by and between the parties in this
2  action that Defendant shall have an additional thirty days to
3  answer or otherwise respond to Plaintiff's Complaint.
4  Accordingly, Defendant's response deadline is extended to and
5  including August 25, 2010. This is the parties' first stipulated
6  extension of Defendant's response deadline.

Respectfully submitted,

DATED: July 16, 2010          LAW OFFICES OF FRANKLIN S. ADLER

                              (See Attached)
                              _____
                              FRANKLIN S. ADLER
                              Attorneys for Plaintiff

DATED: July 16, 2010          ANDRÉ BIROTTE JR.
                              United States Attorney
                              LEON W. WEIDMAN
                              Assistant United States Attorney
                              Chief, Civil Division

                              _____
                              IRA A. DAVES
                              Assistant United States Attorney
                              Attorneys for Defendant

2

1  IT IS HEREBY STIPULATED by and between the parties in this
2  action that Defendant shall have an additional thirty days to
3  answer or otherwise respond to Plaintiff's Complaint.
4  Accordingly, Defendant's response deadline is extended to and
5  including August 25, 2010. This is the parties' first stipulated
6  extension of Defendant's response deadline.
7
8  Respectfully submitted,
9  DATED: July 16, 2010          LAW OFFICES OF FRANKLIN S. ADLER
10
11                                 _____
12                                 FRANKLIN S. ADLER
                                   Attorneys for Plaintiff
13
14 DATED: July 16, 2010          ANDRÉ BIROTTE JR.
                                   United States Attorney
                                   LEON W. WEIDMAN
15                                 Assistant United States Attorney
                                   Chief, Civil Division
16
17                                 _____
18                                 IRA A. DAVES
                                   Assistant United States Attorney
19                                 Attorneys for Defendant
20
21
22
23
24
25
26
27
28

ATTACHMENT

3