ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
IRA A. DAVES
Assistant United States Attorney
California Bar No. 156724
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2443
    Fax: (213) 894-7819
    E-Mail: Ira.Daves@usdoj.gov

Attorneys for Defendant Eric H. Holder, Jr., Attorney General of the United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EUGENE EVAN BAKER, | NO. CV 10-3996-SVW(AJWx) |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
| v. | Date: October 4, 2010<br>Time: 1:30 p.m. |
| ERIC H. HOLDER, JR., ATTORNEY GENERAL, | |
| Defendant. | Hon. Stephen V. Wilson<br>United States District Judge |

1

Having considered all arguments in connection with Defendant's Motion to Dismiss and Plaintiff's Opposition thereto, the Court HEREBY GRANTS Defendant's Motion under Fed.R.Civ.P. 12(b)(1) & (6).  Accordingly, this action is DISMISSED without prejudice.

DATED: _____                    _____
                                   THE HONORABLE STEPHEN V. WILSON
                                   United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


/s/ Ira A. Daves
IRA A. DAVES
Assistant United States Attorney
Attorneys for Defendant