LAW OFFICES OF FRANKLIN S. ADLER
State Bar Number: 056417
424 South Beverly Drive
Beverly Hills, California 90212
Office: (310) 553-8533
FAX: (310) 553-8237
E-Mail Address: FSAdlerLaw@aol.com

Attorney for Plaintiff
   EUGENE EVAN BAKER

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EUGENE EVAN BAKER,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ERIC H. HOLDER, JR., in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, with offices at 950 Pennsylvania Avenue, N.W., Washington, D.C., 20530-0001<br><br>　　　　　　　Defendant. | Case No: **CV 10-3996-SVW(AJWx)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE PLAINTIFF'S RESPONSE DATE TO DEFENDANT'S MOTION TO DISMISS AND CONTINUANCE OF HEARING DATE** |

　　GOOD CAUSE APPEARING, it is hereby Ordered that the Response Date for Plaintiff to file his opposition to Defendant's Motion to Dismiss is continued to October 4th, 2010, and the within Hearing date is continued to Monday, October 25th, 2010

　　It is so ordered.

Dated:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

_____
PLEADING DESCRIPTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
PLEADING DESCRIPTION
- 2 -