1  LAW OFFICES OF FRANKLIN S. ADLER
   State Bar Number: 056417
2  424 South Beverly Drive
   Beverly Hills, California 90212
3  Office: (310) 553-8533
   FAX: (310) 553-8237
4  E-Mail Address: FSAdlerLaw@aol.com

5  Attorney for Plaintiff
        EUGENE EVAN BAKER

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11

12  EUGENE EVAN BAKER,                Case No: **CV 10-3996-SVW(AJWx)**

13                    Plaintiff,      [PROPOSED] ORDER GRANTING
                                      PLAINTIFF'S UNOPPOSED MOTION
14       vs.                          TO CONTINUE PLAINTIFF'S
                                      RESPONSE DATE TO DEFENDANT'S
15  ERIC H. HOLDER, JR., in his       MOTION TO DISMISS AND
    official capacity as ATTORNEY     CONTINUANCE OF HEARING DATE
16  GENERAL OF THE UNITED STATES,
    with offices at 950
17  Pennsylvania Avenue, N.W.,
    Washington, D.C., 20530-0001
18
                      Defendant.
19

20      GOOD CAUSE APPEARING, it is hereby Ordered that the Response

21  Date for Plaintiff to file his opposition to Defendant's Motion to

22  Dismiss is continued to October 4th, 2010, and the within Hearing

23  date is continued to Monday, October 25th, 2010 at 1:30 p.M.

24      It is so ordered.

25  Dated:    SEP 1 5 2010

26                                    _____
                                      THE HONORABLE STEPHEN V. WILSON
27                                    UNITED STATES DISTRICT JUDGE

28

PLEADING DESCRIPTION