# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-3996-SVW-AJWx | Date | October 25, 2010 |
|---|---|---|---|
| Title | Eugene Evan Baker v. Eric H. Holder, Jr. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Margaret Babykin | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Franklin S. Adler | David DeJute, AUSA |

**Proceedings:**     MOTION TO DISMISS CASE [6]

Hearing held. The motion is granted. Order to issue.

|  | : | 04 |
|---|---|---|
|  | Initials of Preparer | PMC |