**FILED**

UNITED STATES COURT OF APPEALS

MAR 23 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| EUGENE EVAN BAKER, | No. 11-55067 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:10-cv-03996-SVW-AJW |
| v. | Central District of California, Los Angeles |
| ERIC H. HOLDER, Jr., in his official capacity as Attorney General of the United States, | ORDER |
| Defendant - Appellee. | |



The appellant's motion for an extension of time to file the transcript designation is granted. If the appellant has not already done so, the appellant shall designate the transcript on or before March 30, 2011.

The transcript is due May 2, 2011. The opening brief is due June 13, 2011. The answering brief is due July 14, 2011. The optional reply brief is due 14 days after the service of the answering brief.

Appellant shall provide a copy of this order to the court reporter(s) at the district court.

Within 7 days after the date of this order, the appellant shall file the Mediation Questionnaire with this court.

For the Court:

MOLLY C. DWYER
Clerk of Court

Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
    and Ninth Circuit 27-10

GS   03/21/11/Pro Mo