```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                              ---

 4        HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

 5
                                ---
 6

 7   EUGENE EVAN BAKER,            )
                                   )
 8        PLAINTIFF,               )
                                   )
 9        VS.                      )  CASE NO. CV 10-3996-SVW
                                   )  1:46 P.M. TO 1:48 P.M.
10   ERIC H. HOLDER, JR.,          )
                                   )
11        DEFENDANT.               )
     _____)
12

13

14

15
                  REPORTER'S TRANSCRIPT OF PROCEEDINGS
16                          MOTIONS CALENDAR

17                      LOS ANGELES, CALIFORNIA
                        MONDAY, OCTOBER 25, 2010
18

19

20

21
                           MARGARET J. BABYKIN
22                            COURT REPORTER
                      442 - U. S. DISTRICT COURTHOUSE
23                      312 NORTH SPRING STREET
                      LOS ANGELES, CALIFORNIA  90012
24                         (626) 963-0566

25
```

```
 1   APPEARANCES:

 2   ON BEHALF OF THE PLAINTIFF:

 3           FRANKLIN S. ADLER
             ATTORNEY AT LAW
 4           BEVERLY HILLS LAW BUILDING
             424 SOUTH BEVERLY DRIVE
 5           BEVERLY HILLS, CALIFORNIA   90212

 6   ON BEHALF OF THE DEFENDANT:

 7           ANDRÉ BIROTTE, JR.
             UNITED STATES ATTORNEY
 8           LEON WEIDMAN
             CHIEF, CIVIL DIVISION
 9           BY:  DAVID DE JUTE
                  ASSISTANT UNITED STATES ATTORNEY
10           300 LOS ANGELES STREET
             LOS ANGELES, CALIFORNIA   90012
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2   CV 10-3996-SVW                        OCTOBER 25, 2010

 3   HEARING:  MOTION TO DISMISS CASE

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1        LOS ANGELES, CALIFORNIA; MONDAY, OCTOBER 25, 2010; 1:46 P.M.

2              THE CLERK:  ITEM 12, CV 10-3996-SVW, EUGENE EVAN

3    BAKER VERUS ERIC H. HOLDER, JR.

4              COUNSEL, PLEASE STATE YOUR APPEARANCES.

5              MR. ADLER:  FRANKLIN S. ADLER, A-D-L-E-R, ON BEHALF

6    OF PLAINTIFF.

7              THE COURT:  PLAINTIFF IS ON THE OTHER SIDE.

8              MR. ADLER:  I BEG YOUR PARDON, YOUR HONOR.

9              MR. DE JUTE:  GOOD MORNING, YOUR HONOR.  GOOD

10   AFTERNOON, YOUR HONOR.

11             DAVID DE JUTE, ASSISTANT U.S. ATTORNEY, FOR THE

12   DEFENDANT.

13             THE COURT:  DO THE PARTIES HAVE ANYTHING TO ADD TO

14   THEIR ARGUMENTS?  THEY WERE PRETTY WELL OUTLINED IN THE

15   PAPERS.

16             ANYTHING ELSE?

17             MR. DE JUTE:  NOTHING FROM THE GOVERNMENT, YOUR

18   HONOR.

19             MR. ADLER:  YES, I WOULD, YOUR HONOR.

20             THE COURT:  WHAT IS THAT?

21             MR. ADLER:  JUST FOR A BRIEF MOMENT.

22             THE LAST TIME I WAS IN YOUR COURT IT WAS THE OTHER

23   SIDE, THE GOVERNMENT, THAT HAD THE UNITED STATES SUPREME COURT

24   CASE ON THEIR SIDE.  IT WAS A CIVIL RIGHTS CASE.  AND THEY HAD

25   HECK VERSUS HUMPHREY, WHICH THE COURT FOUND TO BE THE DECIDING

```
 1   ISSUE.
 2              THIS IS A CASE WHERE I HAVE THE UNITED STATES SUPREME
 3   COURT CASE ON MY SIDE AND TWO NINTH CIRCUIT CASES ON MY SIDE.
 4              I AM NOT ASKING THE COURT TO RENDER A RULING IN
 5   OPPOSITION TO THE JENNINGS VERSUS MUKASEY CASE MERELY BECAUSE I
 6   DISAGREE WITH IT.  I REQUEST THAT RULING BECAUSE THE JENNINGS
 7   CASE ANALYZED CALIFORNIA PENAL CODE SECTION 1203.4 USING A
 8   MEASURING STICK THAT HAD BEEN REJECTED BY CONGRESS IN 1985.
 9              THERE IS NO REQUIREMENT UNDER THE RELEVANT STATUTES
10   INVOLVED IN THIS CASE THAT A STATE EXPUNGEMENT STATUTE ADDRESS
11   CONVICTIONS UNDER DIFFERENT CIRCUMSTANCES, PRIOR ABILITY OF
12   CONVICTIONS, OR WHETHER A PERSON HAS TO ANNOUNCE THE PRIOR
13   CONVICTION IN THE FUTURE WHEN APPLYING FOR STATE LICENSES.
14   THERE IS NONE OF THAT.
15              ALL THAT THE FEDERAL LAW REQUIRES IS THAT THE
16   INSTRUMENT OF SET ASIDE, THE INSTRUMENT OF DISMISSAL, EITHER
17   CONTAIN OR NOT CONTAIN ANY RESTRICTION UPON FUTURE FIREARM
18   POSSESSION BY A -- BY THE INDIVIDUAL INVOLVED.  OUR ORDER OF
19   SET ASIDE CONTAINS NO SUCH RESTRICTION.
20              AND I RESPECTFULLY SUBMIT THAT UNDER HERRON AND UNDER
21   LASKY, THAT IS ALL THAT THE COURT SHOULD LOOK AT.  THAT IS ALL
22   THAT IS REQUIRED.  AND THAT THE MOTION SHOULD BE DENIED.
23              THANK YOU, YOUR HONOR.
24              THE COURT:  THE MOTION IS GRANTED.
25              AND THE COURT WILL ISSUE ITS ORDER.
```

```
 1              THANK YOU.
 2              MR. DE JUTE:  THANK YOU, YOUR HONOR.
 3              (PROCEEDINGS ADJOURNED AT 1:48 P.M.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3                    REPORTER'S CERTIFICATE
 4
 5
 6      I HEREBY CERTIFY THAT THE FOREGOING IS A CORRECT
 7   TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED
 8   MATTER.
 9
10                                   DATE:
11
12
13
                         MARGARET JEAN BABYKIN, CSR NO. 10466
14
15
16
17
18
19
20
21
22
23
24
25
```