# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - APPEALS**

| | |
|---|---|
| Case No. | 2:10-cv-03996-SVW-AJW |
| Court of Appeals Case No. | 11-55067 |
| Title | Eugene Evan Baker v. Eric H. Holder, Jr. |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Date | September 21, 2012 |

| Paul M. Cruz | N/A | |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Attorneys for Plaintiff(s): | Attorney(s) for Defendant(s): |
|---|---|
| N/A | N/A |

**PROCEEDINGS:   HEARING ON MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS**

THE COURT REVIEWS the mandate (judgment or order) of the Ninth Circuit Court of Appeals:

| | Affirming | | Dismissing Appeal | X | Affirming in part, reversing in part |
|---|---|---|---|---|---|
| x | Remanding | | Reversing and Remanding | | Other: |

The record reflects that costs of the prevailing party were taxed by the Ninth Circuit Court of Appeals in the amount of:

$ _____ on _____

X   Other:   The plaintiff shall file his amended complaint, consistent with the Ninth Circuit Mandate, within twenty days from the date of this order.  The matter is set for a status conference on October 15, 2012 at 1:30 p.m.

X   Make JS-5

Initials of Deputy Clerk     :     PMC