

UNITED STATES COURT OF APPEALS

OCT 10 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EUGENE EVAN BAKER,<br><br>          Plaintiff - Appellant,<br><br>   v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br>in his official capcity as Attorney General<br>of the United States; et al.,<br><br>          Defendants - Appellees. | No. 13-56454<br><br>D.C. No. 2:10-cv-03996-SVW-AJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

10/10/14

CENTRAL DISTRICT OF CALIFORNIA
BY:   MAT   DEPUTY

Appellant's unopposed motion to stay proceedings pending this Court's disposition of *Enos v. Holder, Jr.* appeal no. 12-15498, is granted in part. This case is stayed until January 2, 2015. On or before the expiration of the stay, appellant shall file the opening brief or file an appropriate motion addressing the status of the case and requesting continuance of the stay or other relief. If appellant files the opening brief, the answering brief is due February 2, 2015. The reply brief is due 14 days after service of the answering brief. The filing of the opening brief or failure to file a motion shall terminate the stay.

For the Court:
MOLLY C. DWYER
Clerk of the Court


Alihandra M. Totor
Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10

Amt√Pro Mo 08Oct2014