

**FILED**

**NOV 17 2014**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EUGENE EVAN BAKER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, in his official capcity as Attorney General of the United States; et al., <br><br> Defendants - Appellees. | No. 13-56454 <br><br> D.C. No. 2:10-cv-03996-SVW-AJW <br> Central District of California, Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

11/17/14

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

The petitioner's motion to stay appellate proceedings for 180 days pending *Enos v. Holder*, No. 12-15498, is granted. Appellate proceedings are stayed until July 2, 2015.

At or prior to the expiration of the stay of appellate proceedings, the petitioner shall file the opening brief or file a motion for appropriate relief.

If the opening brief is filed, the answering brief will be due August 31, 2015. The optional reply brief is due within 14 days after service of the answering brief.

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

GS  11/10/14/Pro Mo

No. 13-56454

                For the Court:

                MOLLY C. DWYER
                Clerk of Court

                Grace Santos
                Deputy Clerk
                Ninth Circuit Rule 27-7/Advisory Note to Rule 27
                  and Ninth Circuit 27-10

GS  11/10/14/Pro Mo