FILED

JUN 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EUGENE EVAN BAKER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>LORETTA E. LYNCH, Attorney General, in his official capcity as Attorney General of the United States; et al.,<br><br>        Defendants - Appellees. | No. 13-56454<br><br>D.C. No. 2:10-cv-03996-SVW-AJW<br>Central District of California, Los Angeles<br><br>ORDER |

      The petitioner's motion to further stay appellate proceedings for 90 days pending United States Supreme Court's disposition of the petition for writ of certiorari in *Enos v. Holder*, No. 14-1216, is granted. Appellate proceedings are stayed until September 30, 2015.

      At or prior to the expiration of the stay of appellate proceedings, the petitioner shall file the opening brief or file a motion for appropriate relief. If the opening brief is filed, the answering brief will be due November 30, 2015. The optional reply brief is due within 14 days after service of the answering brief.

      In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

      For the Court:

      MOLLY C. DWYER
      Clerk of Court

      Grace Santos
      Deputy Clerk
      Ninth Circuit Rule 27-7/Advisory Note to Rule 27
         and Ninth Circuit 27-10